**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

NICHOLAS THOMPSON,            :   No. 80 WM 2017

Petitioner      :

                    v.              :

ERIE COUNTY CLERK OF COURTS AND   :
COURT STENOGRAPHER,           :

Respondents      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.